**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| MICHELE EDER, *individually and on behalf of all others similarly situated* : : | |
| : | CIVIL ACTION NO.: 19-06088-GJP |
| Plaintiff, : : | |
| v. : : | |
| MINCH PROFESSIONAL CLEANING SERVICES, LLC, *et al.* : : | |
| Defendants. : | |

---

### PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiff Michele Eder ("Plaintiff"), having reached a preliminary resolution of her claims under the Fair Labor Standards Act, Pennsylvania Minimum Wage Act, and the Pennsylvania Wage Payment and Collection Law against Defendants Minch Professional Cleaning Services, LLC, Kathleen Minch, and Len Hardy, hereby moves unopposed before this Honorable Court for an Order approving the parties' proposed Settlement Agreement.

The Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/ Michael Groh*
Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210

                                                              murphy@phillyemploymentlawyer.com
                                                               mgroh@phillyemploymentlawyer.com
                                                               *Attorneys for Defendant*

Dated: February 21, 2020

**CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on February 21, 2020, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following parties:

Minch Professional Cleaning Services, LLC
c/o Kathleen Minch
225 Lincoln Highway, Suite 210
Fairless Hills, PA 19030
minchangels2@gmail.com


Kathleen Minch
225 Lincoln Highway, Suite 210
Fairless Hills, PA 19030
minchangels2@gmail.com


Len Hardy
c/o Kathleen Minch
225 Lincoln Highway, Suite 210
Fairless Hills, PA 19030
minchangels2@gmail.com

                                             */s/ Michael Groh*
                                             Michael Groh, Esq.

Dated: February 21, 2020