IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE EDER, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>MINCH PROFESSIONAL CLEANING SERVICES, LLC, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 19-06088 |

## ORDER

**AND NOW**, this 24th day of February 2020, upon considering the Plaintiff's Unopposed Motion for Approval of Settlement (ECF No. 7), it is **ORDERED** that the Motion is **GRANTED**.[1]

It having been reported that the issues between the parties have been settled and upon Order of the Court under Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED with prejudice, without costs**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] After reviewing the proposed settlement, the claims at issue and the record, the Court concludes that the settlement: (1) resolves a *bona fide* dispute over FLSA provisions; (2) is fair and reasonable to the Plaintiff; and (3) does not frustrate implementation of the FLSA in the workplace. *See Howard v. Phila. Housing Auth.*, 197 F. Supp. 3d Cir. 773, 777 (E.D. Pa. 2016) (applying these factors to FLSA settlement).